UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| DONALD L. BROWN,<br>        Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, JOHN DOES 1 THROUGH 5 and JANE DOES 6 THROUGH 10;<br>        Defendants. | CASE NO. |

### TRANS UNION LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Dedham District Court, Commonwealth of Massachusetts to the United States District Court, District of Massachusetts, on the following grounds:

1. Plaintiff Donald L. Brown served Trans Union on November 20, 2024, with a Summons/ Statement of Damages and Complaint filed in the Dedham District Court, Commonwealth of Massachusetts. Copies of the Summons/ Statement of Damages and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.[1] No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA"). See generally Complaint.

---

[1] Certified copies will be forthcoming in compliance with Local Rule 81.1.

3.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.  Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Dedham District Court, Commonwealth of Massachusetts to the United States District Court, District of Massachusetts.

5.  Notice of this removal will promptly be filed with the Dedham District Court, Commonwealth of Massachusetts and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Dedham District Court, Commonwealth of Massachusetts to the United States District Court, District of Massachusetts.

Respectfully submitted,

/s/ Mardic Marashian
_____
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave., Suite 408
Arlington, MA  02476
Telephone:  (617) 303-4502
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th  day of December, 2024**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th  day of December, 2024** properly addressed as follows:

| **Pro Se Plaintiff**<br>Donald L. Brown<br>95 University Ave., Apt. 2128<br>Westwood, MA 02090<br>donaldloringbrown@gmail.com | |
|---|---|

/s/ Mardic Marashian
_____
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave., Suite 408
Arlington, MA  02476
Telephone:  (617) 303-4502
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Local Counsel for Defendant Trans Union, LLC*